# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS, | ) 1:07-cv-00497 OWW GSA )  ) |
| Plaintiffs, | ) ORDER GRANTING PLAINTIFFS' MOTION ) TO AMEND COMPLAINT ) |
| v. | ) (Document 18) ) |
| MAMMOTH MOUNTAIN SKI AREA, | ) ) |
| Defendant. | ) ) |

Introduction

On January 25, 2008, Plaintiff filed a motion for leave to file a first amended complaint. In the motion, Plaintiff's counsel indicates that the filing of an amended complaint is necessary because there have been new developments in the law that defines theories of negligence and gross negligence. On February 22, 2008, Defendant filed a non-opposition to Plaintiff's motion.

A plaintiff may amend his complaint once "as a matter of course," and without leave of court, before a response has been filed under Federal Rule of Civil Procedure 15(a). Fed.R.Civ.P. 15(a)(1); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). A party can only amend the pleading with the opposing party's written consent or the court's leave once a responsive pleading has been filed. Fed.R.Civ.P. 15(a)(2). The court should freely give leave to amend if justice requires. Id.

In this case, the courts finds that justice requires that leave to amend the complaint be

1

granted.  Accordingly, it is hereby ordered that the Plaintiff's motion for leave to file a first amended complaint is GRANTED.  Plaintiffs shall serve and file the amended complaint no later than March 21, 2008.  Defendant shall file an answer to the amended complaint within ten (10) days after service of the amended complaint.  Fed. R. Civ. P. 15(a)(3).  The hearing on the motion currently set for March 14, 2008, at 9:30 am is hereby VACATED.

IT IS SO ORDERED.

Dated:   **February 28, 2008**                             **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE