Stephen R. Cornwell, CA Bar #40737       (SPACE BELOW FOR FILING STAMP ONLY)
René Turner Sample, CA Bar #138046

Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiffs GLENDA M. LEWIS and
GLENN E. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>    Defendant. | CASE NO. 1:07-CV-00497-OWW-GSA<br><br>**STIPULATION AMENDING SCHEDULING CONFERENCE ORDER AND ORDER THEREON**<br><br>Trial Date: March 24, 2009 |

      IT IS HEREBY STIPULATED by and between counsel for all the parties that the Scheduling Conference Order filed August 14, 2007, shall be amended.  The parties have engaged in written discovery and conducted initial depositions.  The parties intend to conduct further discovery and then consider the possibility of a mediation.  Therefore, the parties have stipulated as follows:

      **Discovery Cut-Off:**

        Old Date:

           All Discovery to be Completed:   October 29, 2008

        <u>New Dates</u>:

           Non-Expert Discovery Cut-Off:   December 1, 2008
           Expert Discovery Cut-Off:   February 15, 2009

/ / /

/ / /

**Experts:**

    Old Dates:
        Expert Witness Disclosure:    August 29, 2008
        Supplemental or Rebuttal Experts:    September 29, 2008

    <u>New Dates</u>:
        Expert Witness Disclosure:    December 1, 2008
        Supplemental or Rebuttal Experts:    December 15, 2008

This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

DATED: August 13, 2008.

By:   /s/   René Turner Sample
    Stephen R. Cornwell
    René Turner Sample
    Attorneys for Plaintiffs
    GLENDA M. LEWIS and
    GLENN E. LEWIS

DATED: August 13, 2008.    DUANE MORRIS LLP

By:   /s/ Michael L. Reitzel
    Michael L. Reitzell
    Attorneys for Defendant
    MAMMOTH MOUNTAIN SKI AREA

**ORDER**

IT IS SO ORDERED.

DATED: August 29, 2008.

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge
United States District Court,
Eastern District of California

G:\docs\ATimken\Orders To Be Signed\07cv497.stip.amend.sc.o.wpd