1  Stephen R. Cornwell, CA Bar #40737         (SPACE BELOW FOR FILING STAMP ONLY)
   René Turner Sample, CA Bar #138046
2  CORNWELL & SAMPLE, LLP
   Attorneys at Law
3  7045 N. Fruit Avenue
   Fresno, CA  93711-0761
4  Telephone: (559) 431-3142
   Facsimile:  (559) 436-1135
5
   Attorneys for Plaintiffs GLENDA M. LEWIS and
6  GLENN E. LEWIS

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 | GLENDA M. LEWIS and        | CASE NO. 1:07-CV-00497-OWW-GSA
   | GLENN E. LEWIS,            |
11 |                            |
   |        Plaintiffs,         |
12 |                            |
   |     v.                     |
13 |                            | **STIPULATION AMENDING
   | MAMMOTH MOUNTAIN SKI       | SCHEDULING CONFERENCE ORDER
14 | AREA,                      | AND ORDER THEREON**
   |                            |
15 |        Defendant.          | Trial Date: March 24, 2009

16
        IT IS HEREBY STIPULATED by and between counsel for all the parties that
17
the Scheduling Conference Order filed August 14, 2007, shall be further amended.  The
18
parties have engaged in written discovery and conducted initial depositions.  The parties
19
intend to conduct further discovery and then consider the possibility of a mediation.
20
Therefore, the parties have stipulated as follows:
21
        **Discovery Cut-Off:**
22
           Old Date:
23
                All Discovery to be Completed:     December 1, 2008
24
           New Dates:
25
                Non-Expert Discovery Cut-Off:     December 15, 2008
26
/ / /
27
/ / /
28
/ / /

STIPULATION AMENDING SCHEDULING CONFERENCE ORDER AND ORDER THEREON

**Experts:**

    Old Dates:

        Expert Witness Disclosure:    December 1, 2008
        Supplemental or Rebuttal Experts:    December 15, 2008

<u>New Dates</u>:

        Expert Witness Disclosure:    December 15, 2008
        Supplemental or Rebuttal Experts:    December 30, 2008

This stipulation may be signed in counterpart and a faxed copy may be presented to the Court.

DATED: November 19, 2008.        CORNWELL & SAMPLE, LLP

By:  /s/  René Turner Sample

    Stephen R. Cornwell
    René Turner Sample
    Attorneys for Plaintiffs
    GLENDA M. LEWIS and
    GLENN E. LEWIS

DATED: November 19, 2008.        DUANE MORRIS LLP

By:  /s/  Michael L. Reitzell

    Michael L. Reitzell
    Attorneys for Defendant
    MAMMOTH MOUNTAIN SKI AREA

**ORDER**

IT IS SO ORDERED.

**Dated:  November 19, 2008**        /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE