# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>Defendant. | 1:07-cv-00497 OWW GSA<br><br>ORDER GRANTING STIPULATION TO AMEND SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>(Document 45) |

Pursuant to the stipulation of the parties filed on January 14, 2009, the Supplemental Scheduling Conference Order filed on December 16, 2008 shall be amended as follows :

The discovery cut-off for witness Carloyn Rayburn only shall be extended until February 15, 2009.

IT IS SO ORDERED.

Dated: **January 15, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1