UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>                    Defendant. | 1:07-CV-00497 OWW GSA<br><br>ORDER RE PLAINTIFFS' REPRESENTATIONS DURING ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT |

During oral argument on Defendant's motion for summary judgment, Plaintiffs' counsel represented that one or more participants in the snowmobile tour witnessed Mr. Hosking "going airborne" (i.e., that his snowmobile left the ground) on multiple occasions before the accident. The court cannot locate any such references in the record. Plaintiffs shall provide any such reference by 12:00 noon, February 11, 2009.

SO ORDERED

DATED: February 9, 2009

                              /s/ Oliver W. Wanger
                              Oliver W. Wanger
                              United States District Judge

1