```
 1 │ Stephen R. Cornwell, CA Bar #40737        (SPACE BELOW FOR FILING STAMP ONLY)
   │ René Turner Sample, CA Bar #138046
 2 │ CORNWELL & SAMPLE, LLP
   │ Attorneys at Law
 3 │ 7045 N. Fruit Avenue
   │ Fresno, CA  93711-0761
 4 │ Telephone: (559) 431-3142
   │ Facsimile:  (559) 436-1135
 5 │
   │ Attorneys for Plaintiffs GLENDA M. LEWIS and
 6 │ GLENN E. LEWIS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>Defendant. | CASE NO. 1:07-CV-00497-OWW-GSA<br><br>**STIPULATION AMENDING SUPPLEMENTAL SCHEDULING CONFERENCE ORDER AND ORDER THEREON**<br><br>Trial Date: May 5, 2009 |

IT IS HEREBY STIPULATED by and between counsel for all the parties that the Supplemental Scheduling Conference Order filed December 16, 2008, shall be amended to leave expert discovery open until April 3, 2009.

**Discovery Cut-Off:**

    Old Date:

        All Expert Discovery to be Completed:   February 15, 2009

    <u>New Date:</u>

        Discovery Cut-Off for Experts   April 3, 2009

////

////

////

////

1  This stipulation may be signed in counterpart and a faxed copy may be
2  presented to the Court.

4  DATED: February 4, 2009.                                    CORNWELL & SAMPLE, LLP

                                                               By:   /s/   René Turner Sample
                                                                 Stephen R. Cornwell
                                                                 René Turner Sample
                                                                 Attorneys for Plaintiffs
                                                                 GLENDA M. LEWIS and
                                                                 GLENN E. LEWIS

10 DATED: February 4, 2009.                                    DUANE MORRIS LLP


12                                                             By:   /s/ Michael L. Reitzel
                                                                 Michael L. Reitzell
                                                                 Attorneys for Defendant
                                                                 MAMMOTH MOUNTAIN SKI AREA

16                                          **ORDER**

17           IT IS SO ORDERED.

18  **Dated:   February 5, 2009**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE