John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Michael L. Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **GLENDA M. LEWIS and GLENN E. LEWIS,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**MAMMOTH MOUNTAIN SKI AREA,**<br><br>　　　　Defendant. | Case No. 1:07-CV-00497-OWW-NEW (GSA)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT MAMMOTH MOUNTAIN SKI AREA'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Date:　　　　February 9, 2009<br>Time:　　　　10:00 a.m.<br>Courtroom:　3 (7th Floor)<br>Judge:　　　Hon. Oliver W. Wanger<br><br>Complaint Filed:　March 29, 2009<br>Trial Date:　　　May 5, 2009 |

　　　On February 9, 2009, a hearing was held before the Honorable Oliver W. Wanger, in Courtroom 3 of the United States District Court for the Eastern District of California, Fresno Division, regarding Defendant MAMMOTH MOUNTAIN SKI AREA's ("defendant") Motion for Summary Judgment, or alternatively, Summary Adjudication.  Michael L. Reitzell, Esq. of Duane Morris LLP in Truckee, California, appeared on behalf of defendant.  Judith M. Harless of Cornwell & Sample LLP in Fresno, California, appeared on behalf of plaintiffs GLENDA M. LEWIS and GLENN E. LEWIS ("plaintiffs").

///

PDF created with pdfFactory trial version www.pdffactory.com

After full consideration of the evidence, declarations, and authorities submitted by counsel, the arguments of counsel, the court's files and other appropriate matters, the Court hereby GRANTS in part and DENIES in part defendant's Motion for Summary Judgment, or Alternatively, Summary Adjudication, on the following grounds and as further stated in the Court's Order Re Defendant's Motion for Summary Judgment (Document 107), filed February 20, 2009:

**IT IS HEREBY ORDERED AND ADJUDGED as follows:**

1. Defendants' Motion for Summary Adjudication as to plaintiffs' cause of action for Negligence is GRANTED, and that cause of action is hereby dismissed with prejudice;

2. Defendants' Motion for Summary Adjudication as to plaintiffs' cause of action for Premises Liability is GRANTED, and that cause of action is hereby dismissed with prejudice;

3. Defendants' Motion for Summary Adjudication as to plaintiffs' cause of action for Common Carrier is GRANTED, and that cause of action is hereby dismissed with prejudice;

4. Defendants' Motion for Summary Adjudication as to plaintiffs' cause of action for Gross Negligence is DENIED;

5. Defendants' Motion for Summary Adjudication as to plaintiffs' cause of action for Loss of Consortium is DENIED;

**IT IS SO ORDERED.**

DATED: _3/10/2009 __

/S/ OLIVER W. WANGER _____
**HON. OLIVER W. WANGER**

PDF created with pdfFactory trial version www.pdffactory.com