FILED

MAY 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLENDA M. LEWIS and GLENN E.       )    1:07-cv-0497 OWW GSA
LEWIS,                             )
                                   )    VERDICTS OF TRIAL JURY
                Plaintiffs,        )
                                   )
        v.                         )
                                   )
MAMMOTH MOUNTAIN SKI AREA,         )
                                   )
                Defendant.         )
                                   )
_____)


    We the jury in the above-captioned case unanimously find the
following answers to the questions submitted to us.

1

1       Question 1:   Was Mammoth Mountain Ski Area grossly negligent

2   in its conduct of the Mammoth Snowmobile Adventures Tour in which

3   Plaintiffs participated on April 5, 2005?

4

5                Yes __✓__             No_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       If your answer to Question 1 is yes, answer Question 2.   If

26   your answer to Question 1 is no, sign and return this verdict.

27

28

1    Question 2:  Was Mammoth Mountain Ski Area's gross

2 negligence a substantial factor in causing harm to Glenda Lewis?

4         Yes __✓__              No_____

25    If your answer to Question 2 is yes, answer Question 3.  If

26 you answered Question 2 no, sign and return this verdict.

1    Question 3:  What are Glenda Lewis and Glenn Lewis' total

2  damages, if any?  Do not reduce the damages based on the fault,

3  if any, of Glenn Lewis.

Glenda Lewis

a.    Lost earnings              $149,260.00

Medical expenses           $ 55,326.56

Pain and suffering         $_____Ø_____

Total Damages              $204,586.56

Glenn Lewis

b.    Loss of consortium         $_____Ø_____

Answer Question 4.

4

1    Question 4:   Was Glenn Lewis negligent?

2

3              Yes___✓              No_____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       If you answered Question 4 yes, answer Question 5.   If you

26   answered Question 4 no, sign and return this verdict.

27

28

5

1    Question 5:   Was Glenn Lewis' negligence a substantial

2    factor in causing Glenda Lewis' harm?

3

4                    Yes  ✓              No_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    If you answered Question 5 yes, answer Question 6.   If you

26    answered Question 5 no, sign and return this verdict.

27

28

Question 6:   What percentage of responsibility for Glenda Lewis' and Glenn Lewis' harm do you assign to:

Mammoth Mountain Ski Area          $30$ %

Glenn Lewis                                 $30$ %

TOTAL                                        100    %

Sign and return this verdict.

7

1     We the jury have unanimously found the foregoing answers to

2   the questions in this verdict form.

3

4   DATED:  May  13, 2009.

5

6                                        Frank Collins
                                         Foreperson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8