```
                                              FILED
                                       JUDGMENT ENTERED
                                          5/13/09
                                       _____
                                                   Date
                                       by _____A. Timken_____
                                              Deputy Clerk
                                         U.S. District Court
                                      Eastern District of California
                                         XX      FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS, <br><br> Plaintiffs, <br><br> v. <br><br> MAMMOTH MOUNTAIN SKI AREA, <br><br> Defendant. | 1:07-cv-0497 OWW GSA <br><br> JUDGMENT ON VERDICT OF TRIAL JURY |

  This case came on for trial by jury commencing May 5, 2009, in Courtroom 3 of this Court, United States District Judge Oliver W. Wanger presiding.

  The jury returned verdicts May 13, 2009. A true copy of the jury verdicts are attached to this Judgment marked Exhibit A and by this reference incorporated.

  In accordance with the jury's verdict, JUDGMENT IS ENTERED in favor of Glenda M. Lewis and Glenn E. Lewis against Mammoth Mountain Ski Area in the amount of $61,375.90. The jury found

total damages of $204,586.56 in favor of Plaintiff Glenda M. Lewis.  The jury found that Plaintiff Glenn E. Lewis suffered no damages.

On the issue of comparative fault, the jury found Plaintiff Glenn E. Lewis 70% contributorily negligent and Mammoth Mountain Ski Area 30% contributorily negligent.  After 70% reduction of Glenda M. Lewis' award for $143,210.66, net judgment is awarded to Glenda Lewis of $61,375.90.

DATED: May 14, 2009

                                  VICTORIA C. MINOR, Clerk

                                  /S/ Alice Timken
By:
                                  Deputy Clerk

```
                                                        FILED
                                                      MAY 13 2009
                                                CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              BY _____
                                                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS, | ) ) ) | 1:07-cv-0497 OWW GSA |
| Plaintiffs, | ) ) | VERDICTS OF TRIAL JURY |
| v. | ) ) | |
| MAMMOTH MOUNTAIN SKI AREA, | ) ) | |
| Defendant. | ) ) ) | |

We the jury in the above-captioned case unanimously find the following answers to the questions submitted to us.

1

**EXHIBIT A**

Question 1:   Was Mammoth Mountain Ski Area grossly negligent in its conduct of the Mammoth Snowmobile Adventures Tour in which Plaintiffs participated on April 5, 2005?

Yes __✓__          No _____

If your answer to Question 1 is yes, answer Question 2.  If your answer to Question 1 is no, sign and return this verdict.

1     Question 2: Was Mammoth Mountain Ski Area's gross
2 negligence a substantial factor in causing harm to Glenda Lewis?

4         Yes ✓         No ____

25     If your answer to Question 2 is yes, answer Question 3. If
26 you answered Question 2 no, sign and return this verdict.

3

Question 3: What are Glenda Lewis and Glenn Lewis' total damages, if any? Do not reduce the damages based on the fault, if any, of Glenn Lewis.

Glenda Lewis

a.  Lost earnings            $149,260.00
    Medical expenses         $ 55,326.56
    Pain and suffering       $    ∅

    Total Damages            $204,586.56

Glenn Lewis

b.  Loss of consortium       $    ∅

Answer Question 4.

```
```
Question 4:  Was Glenn Lewis negligent?

Yes __✓__          No_____

If you answered Question 4 yes, answer Question 5.  If you answered Question 4 no, sign and return this verdict.

Question 5: Was Glenn Lewis' negligence a substantial factor in causing Glenda Lewis' harm?

Yes ✓         No ____

If you answered Question 5 yes, answer Question 6. If you answered Question 5 no, sign and return this verdict.

Question 6:   What percentage of responsibility for Glenda Lewis' and Glenn Lewis' harm do you assign to:

| | |
|---|---|
| Mammoth Mountain Ski Area | 30 % |
| Glenn Lewis | 70 % |
| TOTAL | 100 % |

Sign and return this verdict.

7

1  We the jury have unanimously found the foregoing answers to
2  the questions in this verdict form.
3
4  DATED: May /3, 2009.
5
6                                          Frank Collins
                                              Foreperson

8