UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>                Plaintiffs,<br><br>    v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>                Defendant. | 1:07-CV-00497 OWW GSA<br><br>ORDER RE: PLAINTIFFS' BILL OF COSTS AND VACATING ORDER TAXING PLAINTIFFS' COSTS TO DEFENDANT (DOC. 177) |
|---|---|

    On March 29, 2009, Defendant made an offer to Plaintiffs pursuant to Federal Rule of Civil Procedure 68 in the amount of $100,001.00.  Doc. 163-3.  On May 13, 2009, after a five day jury trial, judgement was entered in favor of Plaintiffs and against Defendant in the amount of $61,375.90.  Doc. 157.

    Pursuant to Rule 68, a plaintiff whose judgment is less than the Rule 68 offer must bear <u>all</u> costs, both their own and those of the defendant, incurred after the Rule 68 offer was made. *Champion Produce, Inc. v. Ruby Robinson Co., Inc.*, 342 F.3d 1016, 1026 (9th Cir. 2003) ("A plaintiff that rejects a Rule 68 offer in excess of the judgment ultimately obtained at trial must bear its own and the defendant's post-offer costs.").  On May 20,

1  2009, Plaintiffs submitted their bill of costs, which includes
2  costs incurred after the Rule 68 offer was made on March 29,
3  2009.  Doc. 160.  On June 23, 2009, the Clerk of Court taxed
4  Plaintiffs' costs against Defendant in the full amount requested.
5  That order is VACATED as it was entered in error.
6       Plaintiffs have filed motions to alter or amend the
7  judgment, Doc. 159, and for new trial, Doc. 161, the outcome of
8  which may affect the final judgment in this case.  If both of
9  these motions are denied, Plaintiffs shall resubmit their bill of
10 costs to reflect only those costs incurred prior to March 29,
11 2009.  Any such revised bill of costs shall be submitted within
12 ten days of electronic service of the decisions on Plaintiffs'
13 pending motions.  If either or both of Plaintiffs' pending
14 motions are granted, the court will entertain revised bills of
15 costs after any revised judgment is entered.

**IT IS SO ORDERED.**

Dated:   June 26, 2009                    /s/ Oliver W. Wanger
                                     **UNITED STATES DISTRICT JUDGE**