John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Michael L. Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **GLENDA M. LEWIS and GLENN E. LEWIS,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**MAMMOTH MOUNTAIN SKI AREA,**<br><br>    Defendant. | Case No. 1:07-CV-00497-OWW-NEW (GSA)<br><br>**STIPULATION TO CHANGE HEARING DATES AND TIMES ON POST-TRIAL MOTIONS**<br><br>Complaint Filed:   March 29, 2007<br>Trial Date:            May 5, 2009 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant MAMMOTH MOUNTAIN SKI AREA ("defendant" or "Mammoth") and plaintiffs GLENDA M. LEWIS and GLENN E. LEWIS ("plaintiffs") have agreed to change the hearing dates and time for plaintiffs' post-trial motions, with pre-approval from the Court, as follows:

1. Plaintiffs' Motion to Amend or Alter the Judgment was previously scheduled to be heard on August 10, 2009, at 10:00 a.m. That motion will now be heard on August 10, 2009, at 11:00 a.m.

2. Plaintiffs' Motion for Partial New Trial was previously scheduled to be heard on August 17, 2009, at 10:00 a.m. That motion will now be heard on August 24, 2009, at 11:00 a.m.

///

3. That parties may also wish to file motions to re-tax each other's costs in this matter. Those motions, if any, will be heard on August 24, 2009, at 11:00 a.m., in conjunction with plaintiffs' Motion for Partial New Trial.

**IT IS SO STIPULATED.**

Dated: June 1, 2009                    DUANE MORRIS LLP


By: /s/ Michael L. Reitzell
   John E. Fagan
   Jill Haley Penwarden
   Michael L. Reitzell

   Attorneys for Defendant
   MAMMOTH MOUNTAIN SKI AREA


Dated: June 1, 2009                    CORNWELL & SAMPLE LLP


By: /s/ Rene Turner Sample
   Stephen R. Cornwell
   Rene Turner Sample

   Attorneys for Plaintiffs
   GLENDA LEWIS AND GLENN LEWIS

Dated: June 30, 2009                   IT IS SO ORDERED


By: /s/ OLIVER W. WANGER
   UNITED STATES DISTRICT JUDGE