UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>            Plaintiffs,<br><br>      v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>            Defendant. | 1:07-CV-00497 OWW GSA<br><br>CLARIFICATION RE 6/29/09 ORDER (DOC. 178) |

A June 29, 2009, order vacated a previous order taxing Plaintiffs' costs to Defendants, and directs Plaintiffs to submit a revised bill of costs reflecting the effect of Rule 68's bar, after a ruling on the pending motion to alter or amend the judgment. Doc. 178. That order shall not be interpreted to preclude Plaintiffs from challenging the validity of Defendant's purported Rule 68 offer.

IT IS SO ORDERED.

Dated:   July 8, 2009                      /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1