1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>    Plaintiffs,<br>  v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>    Defendant. | 1:07-CV-00497 OWW GSA<br><br>CORRECTED JUDGMENT |

   This case came on for trial by jury commencing in Courtroom 3 of this Court, United States District Judge Oliver W. Wanger presiding.  The jury returned verdicts May 13, 2009.

   The jury found total damages of $204.586.56 in favor of Plaintiff Glenda M. Lewis.  The jury found that Plaintiff Glenn E. Lewis suffered no damages.

   On the issue of comparative fault, the jury found Plaintiff Glenn E. Lewis 70% contributorily negligent and Mammoth Mountain Ski Area 30% contributorily negligent.

1

1
2
3
4
5   In accordance with the jury's verdict and the August 11, 2009 Memorandum Decision Granting Plaintiff's Motion to Amend the Judgment, **JUDGMENT IS ENTERED** in favor of Glenda M. Lewis and against Mammoth Mountain Ski Area in the amount of $204.586.56.

6
7   Date: October 28, 2009             /s/ OLIVER W. WANGER
                                       United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PDF created with pdfFactory trial version www.pdffactory.com