Stephen R. Cornwell, CA Bar #40737
René Turner Sample, CA Bar #138046
CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs GLENDA M. LEWIS and GLENN E. LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH MOUNTAIN SKI AREA,<br><br>Defendant. | CASE NO. 1:07-CV-00497-OWW-GSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs GLENDA M. LEWIS and GLENN E. LEWIS and Defendant MAMMOTH MOUNTAIN SKI AREA, through their respective counsel of record, that any and all claims of the named Plaintiffs against Defendant MAMMOTH MOUNTAIN SKI AREA are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of the named Plaintiffs under their Amended Complaint against MAMMOTH MOUNTAIN SKI AREA has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against MAMMOTH MOUNTAIN SKI AREA with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against MAMMOTH MOUNTAIN SKI AREA with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each of the parties to this Stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

DATED: January 15 2010

CORNWELL & SAMPLE, LLP

By: _____
Stephen R. Cornwell
René Turner Sample
Attorney for Plaintiffs
GLENDA M. LEWIS and GLENN E. LEWIS

DATED: January 15, 2010.

DUANE MORRIS LLP

By: _____
Michael L. Reitzell
Attorney for Defendant
MAMMOTH MOUNTAIN SKI AREA

F:\WP\Cases - Settled\Lewis\Trial\STIP RE DISMISSAL.wpd