John E. Fagan (SBN 107974)
Jill Haley Penwarden (SBN 178561)
Michael L. Reitzell (SBN 215272)
**DUANE MORRIS LLP**
11149 Brockway Road, Suite 100
Truckee, CA 96161-2213
Telephone: 530.550.2050
Facsimile: 530.550.8619

Attorneys for Defendant
MAMMOTH MOUNTAIN SKI AREA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GLENDA M. LEWIS and GLENN E. LEWIS, | Case No. 1:07-CV-00497-OWW-NEW (GSA) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MAMMOTH MOUNTAIN SKI AREA, | Judge:    Hon. Oliver W. Wanger |
| Defendant. | Complaint Filed:  March 29, 2007<br>Trial Date:  May 5, 2009 |

CONSIDERING the filed Stipulation of Dismissal with Prejudice, and good cause appearing;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiffs GLENDA M. LEWIS and GLENN E. LEWIS against MAMMOTH MOUNTAIN SKI AREA be and the same hereby DISMISSED, WITH PREJUDICE, each party to bear its own costs.

It is so ordered.

DATED:  February 16, 2010       /s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com